**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL PHELPS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br><br>ELIZABETH VAN BIBBER,<br><br>　　　　　Defendant. | 14-cv-523 -GSA<br><br><br>**ORDER GRANTING IFP**<br><br><br>**(Doc. 2)** |

　　　Plaintiff, Daniel Phelps ("Plaintiff"), filed a complaint on April 14, 2014, and an application to proceed in forma pauperis on that same day. (Docs. 1 and 2). Plaintiff has made the required showing pursuant to 28 USC § 1915(a). Accordingly, the request to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

　　Dated: **April 23, 2014**　　　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1